**Jay Stough et al., trading as Stough, Harrington, Carolan & Loy, appellees, v. Edwin H. Manasse, appellant. Gen. No. 31,328.**

Assumpsit for legal services. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed on remittitur of $450; otherwise reversed and remanded. Opinion filed May 17, 1927.

Wyman, Hopkins, McKeever & Colbert, for appellant; Austin L. Wyman, of counsel. Stough & Carolan and Henry L. Chatroop, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Gust Karambelas and Jim Georgeson, trading as K. & K. Products Company, appellees, v. Louis Matalas, appellant. Gen. No. 31,352.**

Assumpsit for goods sold and delivered, aided by attachment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927. Rehearing denied May 28, 1927.

John P. Gavaris, for appellant. Cohon & Goldstein, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Elizabeth Gloor, appellee, v. Charles Coopersmith, appellant. Gen. No. 31,362.**

Appeal from denial of motion to open a judgment on confession provided in written lease. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927.

David Olshan, for appellant. Fred L. Steers, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Gregory T. Van Meter, administrator of the estate of Charles M. Anderson, deceased, appellee, v. Midland Casualty Company, appellant. Gen. No. 31,396.**

Action on accident insurance policy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

Albert Sabath, for appellant; Thomas M. Zasadil, Jr., and Leo G. Hana, of counsel. Vail, Roe & Plamondon, for appellee; Arthur J. Murphy, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.